(Pleito No. 140.—Fallado el 10 de Agosto de 1901.)

PIERAS contra EGOZCUE.

RECURSO contra sentencia dictada por la Corte de Distrito de San Juan.

RECURSO. Con arreglo al artículo 1,718 de la Ley de Enjuiciamiento Civil, en el escrito interponiendo recurso de casación por infracción de ley ó de doctrina, debe expresarse no solamente el párrafo del artículo 1,690, de dicha ley en que esté comprendido, sino que ha de citarse con precisión y claridad la ley ó doctrina legal que se crea infringida y el concepto en que lo haya sido.

SENTENCIA.

En la Ciudad de San Juan Bautista de Puerto Rico, á diez de Agosto de mil novecientos uno, en el pleito seguido en el Tribunal del Distrito de San Juan por Don Marcos Pieras por derecho propio y como liquidador de la sociedad Pieras

y Cª contra Egozcue y Cª y Don Emilio Cárdenas, sobre tercería de dominio, cuyo pleito pende ante Nos, en virtud de recurso de casación por infracción de ley, interpuesto por el Letrado Don Juan Hernández López, en defensa y representación de Pieras, habiendo representado y defendido al demandado Egozcue y Cª el Letrado Don Antonio Alvarez Nava, sin que se haya personado en autos Don Emilio Cárdenas.—Resultando: Que en juicio verbal seguido ante el Juzgado Municipal de Catedral por Egozcue y Cª contra Don Emilio Cárdenas en cobro de pesos, fué embargado como de la propiedad del demandado un predio rústico, y con tal motivo Don Marcos Pieras, por derecho propio y como liquidador de Pieras y Cª, dedujo ante el Tribunal del Distrito de San Juan demanda de tercería de dominio, de la que se confirió traslado por providencia de cuatro de Noviembre de mil ochocientos noventa y nueve á Egozcue y Cª y á Don Emilio Cárdenas, quienes fueron citados y emplazados respectivamente en trece y diez y seis del mismo mes, para que en el término de veinte días contestaran dicha demanda, ordenándose además por aquella providencia que se suspendiera todo procedimiento sobre la finca embargada.—Resultando: Que el día antes de verificarse el emplazamiento de Egozcue y Cª, ó sea en doce de Noviembre, el representante de dicha sociedad solicitó del Juzgado Municipal de Catedral se alzara el embargo de los terrenos sobre que se había hecho la traba, por tener noticias de que no pertenecían al demandado, dejándolos á la libre disposición de su dueño; é instruída la expresada sociedad de la orden librada á dicho Juzgado para la suspensión de todo procedimiento de apremio sobre los terrenos en cuestión, insistió en la misma fecha trece de Noviembre en el pedimento ya hecho é interesó se comunicara al Tribunal de San Juan á los efectos oportunos en el juicio de tercería, á todo lo cual accedió el Juzgado Municipal por providencia de catorce de Noviembre.—Resultando: Que la representación de Pieras produjo escrito con fecha once de

Diciembre siguiente suplicando se acordara el estricto cumplimiento de la providencia de admisión de la demanda para todos los efectos legales, pues el levantamiento del embargo acordado por el Juzgado Municipal de Catedral no debía entorpecer la tramitación de la tercería y Egozcue y Cª debían allanarse á la demanda ó contestarla, de cuyo escrito confirió traslado el Tribunal á Don Manuel Egozcue por providencia de treinta y uno de Enero del año próximo pasado, presentando entonces otro la representación de Pieras en primero de Febrero con súplica de que se dejara sin efecto el traslado conferido y fueran declarados en rebeldía Egozcue y Cª y Don Emilio Cárdenas, por no haber comparecido á contestar la demanda.—Resultando : Que después de haber evacuado Egozcue y Cª el traslado que les fué conferido, solicitando fueran desestimadas las peticiones de Don Marcos Pieras, con las costas á su cargo, el Tribunal del Distrito de San Juan, por auto de diez de Febrero, declaró no haber lugar á la rebeldía de Egozcue y Cª y de Don Emilio Cárdenas, y que éstos no estaban obligados á contestar la demanda de tercería, por no existir ya el motivo que la originara, sin especial condena de costas, contra cuyo acto ejercitó Don Marcos Pieras recurso de reposición en el sentido de que se proveyera conforme á lo pedido en el escrito de primero de Febrero, habiéndose desestimado ese recurso por auto de diez y nueve de Febrero.—Resultando : Que Don Marcos Pieras interpuso contra la anterior resolución de diez y nueve de Febrero, y concordante del día diez, ante el Tribunal de Distrito de San Juan, recurso de casación por quebrantamiento de forma, que ya fué resuelto en sentido negativo, y también por infracción de ley, como comprendido en el número 3.º del artículo 1,690 de la Ley de Enjuiciamiento Civil, con violación del párrafo 47 y siguientes de la Orden General número 118, serie de mil ochocientos noventa y nueve, recurso que ha formalizado ante este Tribunal, invocando el mismo número 3.º del artículo 1,690 de la ley citada y alegando que las resoluciones recurridas no con-

tienen declaración alguna sobre las pretensiones oportuna-
mente deducidas en la demanda, pues únicamente se hace
la declaración de que los demandados no vienen obligados á
contestarla, cuestión que no ha sido debatida previamente
por las partes litigantes dentro de las formas amplias del
debate judicial, no habiendo tampoco ocurrido el caso de
desistimiento de la demanda por el actor, ni de allanamiento
á ella, por parte de los demandados.—Visto: Siendo Po-
nente el Juez Asociado Don Louis Sulzbacher.—Conside-
rando: Que con arreglo al artículo 1,718 de la Ley de
Enjuiciamiento Civil, en el escrito interponiendo el recurso
de casación por infracción de ley ó de doctrina, debe expre-
sarse no solamente el párrafo del artículo 1,690 de dicha ley
en que esté comprendido, sino que ha de citarse con precisión
y claridad la ley ó doctrina legal que se crea infringida, y el
concepto en que lo haya sido.—Considerando: Que en el
recurso de que se trata, aunque se expresa que está compren-
dido en el párrafo 3º del artículo 1,690 de la Ley de Enjui-
ciamiento Civil, y al interponerlo ante el Tribunal de San
Juan, se citaron como infringidos el párrafo 47 y siguientes
de la Orden General número 118, cuya cita no se hizo al
formalizar el recurso, dicho párrafo 47 no es atinente al
caso, como su simple lectura indica, y ni de ese párrafo
ni de los siguientes, que no se precisan, se explica el
concepto en que han sido infringidos.—Considerando:
Que por las razones consignadas, no habiéndose interpuesto
én debida forma el recurso, no cabe discutirlo y resol-
verlo. — Fallamos: Que debemos declarar y declaramos
no haber lugar á resolver el recurso de casación por in-
fracción de ley, interpuesto por Don Marcos Pieras, en
la representación que tiene, con las costas á su cargo;
y con devolución de autos, comuníquese esta resolución
al Tribunal de Distrito de San Juan, para los efectos le-
gales correspondientes.—Así por esta nuestra sentencia, que
se publicará en la *Gaceta Oficial*, lo pronunciamos, manda-
mos y firmamos.

José S. Quiñones.—José C. Hernández.—José M.ª Figueras.—Louis Sulzbacher.

Publicación.—Leída y publicada fué la anterior sentencia por el Sr. Juez Asociado del Tribunal Supremo Don Louis Sulzbacher, celebrando Audiencia pública dicho Tribunal en el día de hoy, de que certifico, como Secretario sustituto en Puerto Rico, á diez de Agosto de mil novecientos uno.— Eugenio Alvarez, *Secretario sustituto*.